# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS XICOTENCATL,<br><br>                Petitioner,<br><br>    v.<br><br>J. GASTELO,<br><br>                Respondent. | Case No. 2:20-cv-09612-FWS (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY HABEAS PETITION** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation to deny the habeas petition and any relevant records if needed.  Because the time for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation.  *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

      THEREFORE, the Court accepts the Report and Recommendation and orders that the petition under 28 U.S.C. § 2254 be **DENIED**.  Judgment will be entered accordingly with each of Petitioner's claims being **DISMISSED WITH PREJUDICE**, except for Petitioner's equal protection claim, which is **DISMISSED WITHOUT PREJUDICE** for lack of federal habeas jurisdiction.

      **IT IS SO ORDERED.**

DATED: January 11, 2023

                                              HON. FRED W. SLAUGHTER
                                              UNITED STATES DISTRICT JUDGE