# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS XICOTENCATL,<br><br>                    Petitioner,<br><br>          v.<br><br>J. GASTELO,<br><br>                    Respondent. | Case No. 2:20-cv-09612-FWS (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED**.  Each of Petitioner's claims in the action are **DISMISSED WITH PREJUDICE,** with the exception of Petitioner's equal protection claim, which is **DISMISSED WITHOUT PREJUDICE** for lack of federal habeas jurisdiction.

DATED: January 11, 2023

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE